IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN FIGUEROA,<br>Plaintiff,<br><br>v.<br><br>VILLAGE OF CICERO,<br>CICERO POLICE OFFICER<br>VICTOR GURROLA (Star # 373),<br>CICERO POLICE OFFICER<br>CARLOS VAZQUEZ (Star # 385),<br>CICERO POLICE OFFICER<br>LOPEZ (Star # 364) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2019 cv 03619 |

**Stipulation to Dismiss**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

/s/ Michael Cheronis

Attorney for Plaintiff

/s/ Cynthia Grandfield

Attorney for Defendants

Date: February 27, 2020